IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

DOCKETED
DEC 2 2 2000

| | |
|---|---|
| JO-ANN FEELY, RALPH MILLS, SHERRI DE PIJPER, AD DE PIJPER SANJAY SHARMA, ANURADHA SHARMA, JAROLSAW GROJEC, by his next friend ANTONI GROJEC, JAN SOPIARZ and FRANCISZEK SOPIARZ, <br><br> Plaintiffs, <br><br> vs. <br><br> IMMIGRATION AND NATURALIZATION SERVICE, <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

00C 8008

JUDGE NORGLE
MAGISTRATE JUDGE KEYS

## COMPLAINT FOR DECLARATORY JUDGMENT
## MANDAMUS AND INJUNCTIVE RELIEF

Plaintiffs, Jo-Ann Feely, Ralph Mills, Sheri de Pijper, Ad De Pijper, Sanjay Sharma, Anuradha Sharma, Jaroslaw Grojec by his next friend Antoni Grojec, Jan Sopiarz and Franciszek Sopiarz, by their attorneys SKLODOWSKI, PUCHALSKI & REIMER, complaining against the defendant, Immigration and Naturalization Service, alleges as follows:

### COUNT I

### (General Allegations)

(1)  This is an action for declaratory and injunctive relief pursuant to 28 U.S.C. Section 2201 and 28 U.S.C. Section 1331 and authorized by the Administrative

Procedure Act, 5 U.S.C. 706. Jurisdiction is also based under 8 U.S.C. Section 1329 and 8 U.S.C. §1255 relating to applications for adjustment of status and the Equal Access to Justice Ac, 5 U.S.C. Section 504 and 28 U.S.C. Section 2412. Plaintiffs seek declaratory and injunctive relief relating to the defendant's failure to grant their adjustment of status applications or the adjustment of status applications of their spouses, children or siblings under 8 U.S.C. Section 1255 and the defendant's unreasonable delay in processing their applications. In the alternative, jurisdiction is also based under the Mandamus Act, 28 U.S.C. Section 1361.

(2)     Venue lies in this Court under 28 U.S.C. Section 1391 (e), since some of the plaintiffs are non-resident aliens and the adjustment of status applications were or are being processed in the Chicago office of the Immigration and Naturalization Service. In addition, the plaintiffs all reside within the Northern District of Illinois.

(3)     Defendant, Immigration and Naturalization Service, (hereinafter "INS") is the governmental body with the power and authority to grant immigrant visas to aliens seeking permanent resident status in the United States. As part of this authority, the INS has the power to grant the adjustment of status applications to aliens with approved visa petitions or their immediate family members.

(4)     As more fully set forth in the paragraphs that follow, the INS has failed and refused to adjudicate the adjustment of status applications filed by or on behalf of the plaintiffs. The defendant's actions in these cases are unreasonable and arbitrary and constitute agency action unlawfully withheld and unreasonably delayed.

(5) The failure of the INS to adjudicate the adjustment of status applications in these cases has adversely affect the applicant's ability to leave the United States, to seek employment and to ultimately become United States citizens.

(6) The defendant's inaction in these cases is also arbitrary and unreasonable in that adjustment applications filed at the same time or after the applications filed by these plaintiffs have been approved by the INS.

(7) The plaintiffs or their relatives have satisfied all the requirements for adjustment of status but the INS has failed and refused to adjudicate and finalize these applications.

(8) The plaintiffs, through their legal counsel have repeatedly requested the INS to finalize these adjustment applications and have sent inquiries to the INS concerning the status of these cases. However, the INS has not responded.

(9) In view of the defendant's action as aforesaid and the plaintiffs' contentions that such action is unreasonable and unjustified, there is an actual controversy within the jurisdiction of the Court and declaratory, mandamus and injunctive relief will effectively adjudicate the rights of the parties.

**(Jo-Ann Feely and Ralph Mills)**

**(A76 772 075)**

(10) Plaintiff Jo-Ann Feely is a United States citizen. She is married to Ralph Mils, who is a citizen and national of England. These plaintiffs reside in Chicago, Illinois.

3

(11) On or about February 5, 1998 Jo-Ann Feely filed a visa petition on behalf of her husband Ralph Mills and at the same time plaintiff Mills filed an application for adjustment of status.

(12) The file number assigned to the case by the INS is A76 772 075.

(13) On October 2, 1999, plaintiffs Feely and Mills were scheduled for their adjustment of status interview before Immigration Officer Redmon. These plaintiffs, along with legal counsel, appeared at this interview and brought with them all the necessary documentation that was requested.

(14) Plaintiff Mills successfully completed his adjustment of status interview. However, INS Officer Redmon requested additional documentation from plaintiffs Feely and Mills.

(15) On October 28, 1999 these plaintiffs submitted the additional documentation requested.

(16) Since October 28, 1999 these plaintiffs have not received a determination on their adjustment of status application. These plaintiffs have made numerous requests tot he INS to adjudicate their application, but have received no response.

WHEREFORE, plaintiffs Jo-Ann Feely and Ralph Mills ask for the following relief in Count I of this complaint.

(A) That the Court take jurisdiction and judicially review the aforementioned administrative action.

(B) That the Court order the defendant to immediately adjudicate these plaintiffs' adjustment of status.

4

(C) That these plaintiffs be awarded reasonable attorney's fees pursuant to 28 U.S.C. Section 2412 and 5 U.S.C. Section 504 of the EAJA.

(D) For any such other and further relief as may be proper.

## COUNT II

### (Sanjay Sharma and Anuradha Sharma)

### (A76 783 761)

(1) - (9) Count II of this complaint is brought on behalf of Sanjay Sharma and Anuradha Sharma. Plaintiffs Sanjay Sharma and Anuradha Sharma re-allege Paragraphs (1) through (9) of Count I as Paragraphs (1) through (9) of this Count.

(10) Plaintiff Sanjay Sharma is a United States citizen. He is married to Anuradha Sharma, who is a citizen and national of India. These plaintiffs reside in Burr Ridge, Illinois.

(11) On or about July 20, 1998, Sanjay Sharma filed a visa petition on behalf of his wife, Anuradha Sharma, and at the same time plaintiff Anuradha Sharma filed an application for adjustment of status.

(12) The file number assigned t this case is A76 783 761.

(13) On July 12, 2000 Mr. and Mrs. Sharma were scheduled for their adjustment of status interview before Immigration Officer Zamora. At this interview, Officer Zamora indicated that the adjustment application would be approved, but the fingerprints taken of Ms. Sharma had expired and new fingerprints were needed.

(14) On that same day, July 12, 2000, Ms. Sharma had her fingerprints re-taken.

5

(15) Plaintiff Anuradha Sharma successfully completed her adjustment of status interview and she has supplied all of the necessary documentation.

(16) Since July 12, 2000 these plaintiffs have not received a determination on their adjustment of status application. These plaintiffs have made numerous requests to the INS to adjudicate their application, but have received no response.

WHEREFORE, plaintiffs Sanjay Sharma and Anuradha Sharma ask for the following relief as to Count II of this complaint.

(A) That the Court take jurisdiction and judicially review the aforementioned administrative action.

(B) That the court order the defendant to immediately adjudicate these plaintiffs' adjustment of status application.

(C) That the plaintiff be awarded reasonable attorney's fees pursuant to 28 U.S.C. Section 2412 and 5 U.S.C. Section 504 of the EAJA.

(D) For any such other and further relief as may be proper.

## COUNT III

**(Sherri de Pijper and Ad de Pijper)**

**(A76 775 845)**

(1) – (9) Count III of this complaint is brought on behalf of Sherri de Pijper and Ad de Pijper. Plaintiffs Sherri de Pijper and Ad de Pijper re-allege Paragraphs (1) through (9) of Count I as Paragraphs (1) through (9) of this Count.

6

(10) Plaintiff Sherri de Pijper is a United States citizen. She is married to Ad de Pijper who is a citizen and national of Holland. These plaintiffs reside in Rockford, Illinois.

(11) On or about January 22, 1998 Sherri de Pijper filed a visa petition on behalf of her husband Ad de Pijper and at the same time plaintiff Ad de Pijper filed an application for adjustment of status.

(12) The file number assigned to this case is A76 775 845.

(13) On October 5, 1999 plaintiffs Sherri and Ad de Pijper were scheduled for their adjustment of status interview before Immigration Officer Stein. These plaintiffs, along with legal counsel appeared at this interview and brought with them all of the necessary documentation that was requested.

(14) Plaintiff Ad de Pijper successfully completed his adjustment of status interview. However, INS Officer Stein requested additional documentation from these plaintiffs.

(15) On November 24 1999 these plaintiffs submitted the additional documentation that was requested.

(16) Since November 24, 1999 these plaintiffs have not received a determination on their adjustment of status application. These plaintiffs have made numerous requests to the INS to adjudicate their application, but have received no response.

WHEREFORE, plaintiffs Sherri de Pijper and Ad de Pijper ask for the following relief in Count III of this complaint.

(A) That the Court take jurisdiction and judicially review the aforementioned administrative action.

(B) That the court order the defendant to immediately adjudicate the plaintiffs' adjustment of status application.

(C) That the plaintiff be awarded reasonable attorney's fees pursuant to 28 U.S.C. Section 2412 and 5 U.S.C. Section 504 of the EAJA.

(D) For any such other and further relief as may be proper.

## COUNT IV

### (Franciszek Sopiarz and Jan Sopiarz)

### (A18 904 640)

(1) – (9) Count IV of this complaint is brought on behalf of Franciszek Sopiarz and Jan Sopiarz. These plaintiffs re-allege Paragraphs (1) through (9) of Count I as Paragraphs (1) through (9) of this Count.

(10) Jan Sopiarz is a United States citizen. He is the brother of Franciszek Sopiarz. Both of these plaintiffs reside in Cook County, Illinois.

(11) On or about October 1, 1986, Jan Sopiarz filed a visa petition on behalf of his brother Franciszek Sopiarz. The visa petition was approved on November 28, 1986.

(12) Subsequently, Franciszek Sopiarz filed an application for adjustment of status on or about September 30, 1997.

(13) The file number assigned to this case is A18 904 640.

(14) On March 16, 2000 Franciszek Sopiarz was scheduled for his adjustment of status interview before Immigration Officer Stein. At this interview, Officer Stein

indicated that the adjustment application would be approved, but the fingerprints taken of Mr. Sopiarz had expired and new fingerprints were needed.

(15) Franciszek Sopiarz then had his fingerprints re-taken by the INS.

(16) Plaintiff Franciszek Sopiarz successfully completed his adjustment of status interview and he has supplied all of the necessary documentation.

(17) Since March 16, 2000 these plaintiffs have not received a determination on their adjustment of status application. These plaintiffs have made numerous requests to the INS to adjudicate their application, but have received no response.

WHEREFORE, plaintiffs Jan Sopiarz and Franciszek Sopiarz ask for the following relief in Count IV of this complaint.

(A) That the Court take jurisdiction and judicially review the aforementioned administrative action.

(B) That the court order the defendant to immediately adjudicate the plaintiffs' adjustment of status application.

(C) That the plaintiff be awarded reasonable attorney's fees pursuant to 28 U.S.C. Section 2412 and 5 U.S.C. Section 504 of the EAJA.

(D) For any such other and further relief as may be proper.

## COUNT V

### (Jaroslaw Grojec by his next friend Antoni Grojec)

### (A76 854 294)

(1) – (9)    Count V of this complaint is brought on behalf of Jaroslaw Grojec by his next friend Antoni Grojec. These plaintiffs re-allege Paragraphs (1) through (9) of Count I as Paragraphs (1) through (9) of this Count.

(10)    Plaintiff, Jaroslaw Grojec is the minor son of Antoni Grojec, who is a lawful permanent resident. The plaintiff resides in Chicago, Illinois.

(11)    The file number in this case is A76 854 294.

(12)    On or about May 5, 1995 Antoni Grojec filed a labor certification as a skilled worker for the purpose of becoming a lawful permanent resident. A visa petition was subsequently approved by the INS according Antoni Grojec status as a skilled worker pursuant to 8 U.S.C. §1153 of the Act, on February 6, 1998.

(13)    On April 6, 1998 Antoni Grojec and his son Jaroslaw Grojec filed applications for adjustment of status with the INS.

(14)    On July 1, 1999 the INS approved the adjustment of status application of Antoni Grojec, but has taken no action on the adjustment of status application of Jaroslaw Grojec.

(15)    Since the adjustment application of Antoni Grojec has been approved, the application of his son, Jaroslaw Grojec should also be approved.

(16) This plaintiff has made numerous requests to the INS to adjudicate his application, but has received no response.

WHEREFORE, plaintiff Jaroslaw Grojec by his next friend Antoni Grojec asks for the following relief in Count V of this complaint.

(A) That the Court take jurisdiction and judicially review the aforementioned administrative action.

(B) That the court order the defendant to immediately adjudicate the plaintiffs' adjustment of status application.

(C) That the plaintiff be awarded reasonable attorney's fees pursuant to 28 U.S.C. Section 2412 and 5 U.S.C. Section 504 of the EAJA.

(D) For any such other and further relief as may be proper.

Respectfully Submitted,

SLODOWSKI, PUCHALSKI & REIMER

By: _____
Attorneys for Plaintiffs

Richard J. Puchalski, Esq.
Donald E. Puchalski, Esq.
SKLODOWSKI, PUCHALSKI & REIMER
111 West Washington Street
Suite 1000
Chicago, Illinois 60602-2705
(312) 332-4428

JS 44
(Rev. 11/95)



*Cat 3* — handwritten

# CIVIL COVER SHEET  00C 8008

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**I. (a) PLAINTIFFS**
JO-ANN FEELY

**DEFENDANTS**
IMMIGRATION & NATURALIZATION SERVICE

JUDGE NORGLE

MAGISTRATE JUDGE KEYS

DOCKETED
DEC 22 2000

**(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF** Cook
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)**
Richard J. Puchalski
Sklodowski, Puchalski & Reimer
111 W. Washington, #1000
Chicago, IL 60602

**ATTORNEYS (IF KNOWN)**
Sausa Sheila M. Entenman
230 S. Dearborn Street
Chicago, IL 60604

**II. BASIS OF JURISDICTION** (PLACE AN "X" IN ONE BOX ONLY)
- ☐ 1 U.S. Government Plaintiff
- ☒ 2 U.S. Government Defendant
- ☐ 3 Federal Question (U.S. Government Not a Party)
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (For Diversity Cases Only) (PLACE AN "X" IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (PLACE AN "X" IN ONE BOX ONLY)
- ☒ Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

**V. NATURE OF SUIT** (PLACE AN "X" IN ONE BOX ONLY)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 |  | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 690 Other |  | ☐ 850 Securities/Commodities/Exchange |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | **LABOR** | **SOCIAL SECURITY** | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 891 Agricultural Acts |
| ☐ 195 Contract Product Liability |  | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 892 Economic Stabilization Act |
| **REAL PROPERTY** | **CIVIL RIGHTS** | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 894 Energy Allocation Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | **PRISONER PETITIONS** | ☐ 865 RSI (405(g)) | ☐ 895 Freedom of Information Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/Accommodations | ☐ 510 Motions to Vacate Sentence | **FEDERAL TAX SUITS** | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 240 Torts to Land | ☐ 444 Welfare | Habeas Corpus: | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 950 Constitutionality of State Statutes |
| ☐ 245 Tort Product Liability | ☐ 440 Other Civil Rights | ☐ 530 General | ☐ 871 IRS – Third Party 26 USC 7609 | ☒ 890 Other Statutory Actions |
| ☐ 290 All Other Real Property |  | ☐ 535 Death Penalty |  | Immigration |
|  |  | ☐ 540 Mandamus & Other |  |  |
|  |  | ☐ 550 Civil Rights |  |  |

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY.)
MANDAMUS. Declaratory Judgment Mandamus.
8 U.S.C., 1225, 28 U.S.C., 1331, 28 U.S.C. 1361

**VII. REQUESTED IN COMPLAINT:** CHECK IF THIS IS A **CLASS ACTION** ☐ UNDER F.R.C.P. 23
**DEMAND $** N/A
CHECK YES only if demanded in complaint:
**JURY DEMAND:** ☐ YES ☐ NO

**VIII. RELATED CASE(S) IF ANY** (See instructions): JUDGE N/A DOCKET NUMBER _____

DATE 11/15/00

SIGNATURE OF ATTORNEY OF RECORD *[signature]*

FOR OFFICE USE ONLY

1-2

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

DOCKETED
DEC 2 2 2000

00C 8008

JUDGE NORGLE
MAGISTRATE JUDGE KEYS

In the Matter of JO-ANN FEELY, et al,
vs
IMMIGRATION & NATURALIZATION SERVICE

Case Number:

APPEARANCES ARE HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY(S) FOR:

JO-ANN FEELY, RALPH MILLS, SHERRI DE PIJPER, AD DE PIJPER, SANTAY SHARMA
ANURADHA SHARMA, JAROSLAW GROJEC, JAN SOPIARZ, FRANCISZEK SOPIARZ

| (A) | (B) |
|---|---|
| SIGNATURE: [signed] | SIGNATURE: [signed] Donald E. Puchalski |
| NAME: Richard J. Puchalski | NAME: Donald E. Puchalski |
| FIRM: Sklodowski, Puchalski & Reimer | FIRM: Sklodowski, Puchalski & Reimer |
| STREET ADDRESS: 111 W. Washington St. #1000 | STREET ADDRESS: 111 W. Washington St. #1000 |
| CITY/STATE/ZIP: Chicago, IL. 60602 | CITY/STATE/ZIP: Chicago, IL 60602 |
| TELEPHONE NUMBER: | TELEPHONE NUMBER: |
| IDENTIFICATION NUMBER (SEE ITEM 4 ON REVERSE): | IDENTIFICATION NUMBER (SEE ITEM 4 ON REVERSE): |
| MEMBER OF TRIAL BAR? YES [X] NO [ ] | MEMBER OF TRIAL BAR? YES [X] NO [ ] |
| TRIAL ATTORNEY? YES [X] NO [ ] | TRIAL ATTORNEY? YES [X] NO [ ] |
| | DESIGNATED AS LOCAL COUNSEL? YES [ ] NO [ ] |

| (C) | (D) |
|---|---|
| SIGNATURE: | SIGNATURE: |
| NAME: | NAME: |
| FIRM: | FIRM: |
| STREET ADDRESS: | STREET ADDRESS: |
| CITY/STATE/ZIP: | CITY/STATE/ZIP: |
| TELEPHONE NUMBER: | TELEPHONE NUMBER: |
| IDENTIFICATION NUMBER (SEE ITEM 4 ON REVERSE): | IDENTIFICATION NUMBER (SEE ITEM 4 ON REVERSE): |
| MEMBER OF TRIAL BAR? YES [ ] NO [ ] | MEMBER OF TRIAL BAR? YES [ ] NO [ ] |
| TRIAL ATTORNEY? YES [ ] NO [ ] | TRIAL ATTORNEY? YES [ ] NO [ ] |
| DESIGNATED AS LOCAL COUNSEL? YES [ ] NO [ ] | DESIGNATED AS LOCAL COUNSEL? YES [ ] NO [ ] |

PLEASE COMPLETE IN ACCORDANCE WITH INSTRUCTIONS ON REVERSE.